UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edgar Samaniego,<br><br>        Petitioner<br><br>v.<br><br>Bean, *et al.*,<br><br>        Respondents | Case No.: 2:24-cv-01436-JAD-MDC<br><br>**Order Denying Application to Proceed *In Forma Pauperis***<br><br>[ECF No. 1] |

In his *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus, Edgar Samaniego appears to challenge his conviction for a deadly weapon enhancement on double jeopardy grounds.[1] He has submitted an application to proceed *in forma pauperis*.[2] Based on the current information about Samaniego's financial status, including any additional information he may have provided, however, I find under 28 U.S.C. § 1915 that he is able to pay the full filing fee.

IT IS THEREFORE ORDERED that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee **(ECF No. 1) is DENIED**.  **Petitioner Samaniego has until September 23, 2024, to have the $5.00 filing fee sent to the Clerk of Court.  Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice**.  The Clerk of Court is directed to retain the petition but not file it at this time.

_____
U.S. District Judge Jennifer A. Dorsey
August 21, 2024

---

[1] ECF No. 1-1.
[2] ECF No. 1.